## GLASS v. STATE.
### No. 25089.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Waiving trial by jury and pleading not guilty before the court, appellant was convicted for the offense of unlawfully driving while intoxicated, and his punishment assessed at a fine of $50.

No bills of exception or statement of facts accompany the record. Nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the court.